774

*Samuel Lerner* for appellant.

*Myron Sulzberger, Jr.,* and *Seymour S. Epstein* for respondents.

Judgment of the Appellate Division modified by reversing so much thereof as sets aside the conveyances of parcels " A ", " C " and " D ", and judgment of Special Term affirmed upon the ground that the weight of the evidence sustains the findings of the Special Term as to said parcels. Otherwise, judgment affirmed, without costs. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

SAMUEL COHEN et al., Appellants, *v.* ALFRED L. KASKEL et al., Respondents.

Argued April 20, 1953; decided May 28, 1953.

*Norman Annenberg* and *Milton Carrow* for appellants.
*Sylvan D. Freeman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. [See 305 N. Y. 919.]

In the Matter of DOMINICK BERLINGIERI, Appellant, against JOHN F. O'CONNELL et al., Constituting the Members of the New York State Liquor Authority, Respondents.

Argued April 20, 1953; decided May 28, 1953.